IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  James, Nancy M | Case Number:  06 B 10284 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/8/08 | Filed:  8/22/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 19, 2007
Confirmed: October 16, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,416.20 | |
| Secured: | | 2,367.32 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 877.34 |
| Trustee Fee: | | 171.54 |
| Other Funds: | | 0.00 |
| Totals: | 3,416.20 | 3,416.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,584.20 | 877.34 |
| 2. | Drive Financial Services | Secured | 14,718.87 | 2,367.32 |
| 3. | Drive Financial Services | Unsecured | 23.59 | 0.00 |
| 4. | Bell Leasing Brokerage, LLC | Unsecured | 290.58 | 0.00 |
| 5. | AmeriCash Loans, LLC | Unsecured | 75.52 | 0.00 |
| 6. | National Quick Cash | Unsecured | 42.76 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 969.36 | 0.00 |
| 8. | America's Financial Choice Inc | Unsecured | 47.49 | 0.00 |
| 9. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 10. | Check Into Cash | Unsecured | | No Claim Filed |
| 11. | Amer Leasing Sales Inc | Unsecured | | No Claim Filed |
| 12. | Check N Go | Unsecured | | No Claim Filed |
| 13. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 14. | IDES | Unsecured | | No Claim Filed |
| 15. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 16. | Comcast | Unsecured | | No Claim Filed |
| 17. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 22. | Sun Cash | Unsecured | | No Claim Filed |
| 23. | United Healthcare | Unsecured | | No Claim Filed |
| 24. | TCF Bank | Unsecured | | No Claim Filed |
| 25. | TCF Financial Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  James, Nancy M

Printed:  1/8/08

Case Number:  06 B 10284
Judge:  Hollis, Pamela S
Filed:  8/22/06

| 26. | Pay Day Loans | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| | | | _____ | _____ |
| | | | $ 18,752.37 | $ 3,244.66 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 103.44 |
| 5.4% | 68.10 |
| | _____ |
| | $ 171.54 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____